**Opinion issued August 5, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-25-00064-CR

———————————————

**KRISTIAN DANIEL PEDROZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 183rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1584267**

---

### MEMORANDUM OPINION

Appellant Kristian Danial Pedroza has filed a motion to dismiss the appeal.

The motion complies with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R.

APP. P. 42.2(a). We have not issued a decision in the appeal. The Clerk of this Court has sent a duplicate copy of the motion to the trial court clerk. *Id.*

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.

Do not publish. *See* TEX. R. APP. P. 47.2(b).